1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | RICHARD J. DUPREE, JR.,                    No. 2:14-cv-0976 CKD P
12 |         Plaintiff,
13 |    v.                                      ORDER
14 | SHAWN CARTER, et al.,,
15 |         Defendants.
16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
19 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma
20 pauperis on the form used by this district.  Accordingly, plaintiff's application will be dismissed
21 and plaintiff will be provided the opportunity to submit the application on the appropriate form.
22 Plaintiff is cautioned that he must also provide a certified copy of his prison trust account
23 statement for the six month period immediately preceding the filing of his complaint.
24        In accordance with the above, IT IS HEREBY ORDERED that:
25        1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;
26        2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
27 Forma Pauperis By a Prisoner; and
28 /////

1

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: April 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; dupr0976.3d